**DEBTOR** Earl R Proctor Jr

**CASE #** 10-15510      **JUDGE** Harris

**I AM SUBMITTING THE FOLLOWING DOCUMENTS:**

Chapter 7

Certificate of Counseling

2 pages of Pay stubs



FILED 2010 JUN 17 PM 3:17 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

**SIGNATURE** _(signed)_      **DATE** 6-17-2010

Certificate Number: 12459-OHN-CC-011345184



12459-OHN-CC-011345184

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 17, 2010, at 4:42 o'clock AM PDT, Earl Proctor received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Ohio, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 17, 2010          By:    /s/Laura M Ahart

                             Name:  Laura M Ahart

                             Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).