**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 21, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: July 21, 2010**



_____
**Arthur I. Harris
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                    ) Case No. 10-15510
                          )
Earl Proctor,             ) Chapter 7
                          )
        Debtor.           ) Judge Arthur I. Harris

ORDER TO APPEAR AND SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

On June 7, 2010, the debtor filed a petition for Chapter 7 relief in this Court, case number 10-15510. On June 17, 2010, the debtor filed a certificate of credit counseling which provides that he completed his credit counseling session on June 17, 2010. Accordingly, the debtor is ordered to appear at **10:00 a.m. on August 17, 2010, in Courtroom 1A of the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio,** and show cause why the Court should not dismiss the debtor's case pursuant to 11 U.S.C. § 109(h).

        IT IS SO ORDERED.