**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 19, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 19, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: Earl Ray Proctor, Jr          Case No: 10-15510

         Chapter 7

*Debtor(s)*          Judge Arthur I. Harris

### ORDER DISMISSING CASE AND ORDERING PAYMENT OF FILING FEES

This case came on for hearing on 08/17/2010 on an Order to Show Cause why the case should not be dismissed for the reasons set forth in the Order to Show Cause. It appears to the court that as of the hearing date, the debtor(s) had failed to:

___ file a matrix/list of creditors.

___ file a plan within the time required by Bankruptcy Rule 3015.

___ file schedules and statements timely per 11 U.S.C. § 521 and Bankruptcy Rule 1007.

___ pay filing fee installment(s) as required by this Court's order.

___ file a Form B21 as required by Rule Bankruptcy 1007.

___ file Declaration RE: Electronic Filing as required by General Order 02-2.

___ file the correct petition (Official Form 1) (1/08).

___ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

___ file Form B201 Notice to Individual Consumer Debtor per 11 U.S.C. §§ 342(b) & 521(a).

___ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

___ meet credit counseling requirements of 11 U.S.C. §§ 109(h) & 521(b)(1); Rule 1007(c).

_X_ Other: Application to Proceed In Forma Pauperis was Denied.

IT IS THEREFORE, ORDERED THAT:

1. This case be, and it hereby is dismissed.
2. The debtor(s) is/are ordered to pay to the Bankruptcy Clerk the $299.00 in outstanding filing fees within fifteen days of the entry of this order.
3. Any wage order which may have been entered in this case be, and it hereby is, terminated.
4. Fees remaining unpaid shall constitute cause for dismissal of any new case filed by debtor(s).
X 5. The Court retains jurisdiction to consider sanctions **(Applies only if checked at left)**.

IT IS SO ORDERED.