**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 20, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15510 |
| | ) | |
| Earl Proctor, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

ORDER ON ATTORNEY PAM THEODOTOU TO APPEAR AND SHOW CAUSE

On June 7, 2010, attorney Pam Theodotou filed a petition for Chapter 7 relief on behalf of the debtor, Earl Proctor. Although Exhibit D of the petition indicates that the debtor received a credit counseling briefing before filing his case, that statement was untrue, at least according to the credit counseling certificate that the debtor filed on June 17, 2010. Thus, the case was dismissed for failure to comply with the requirements of 11 U.S.C. § 109(h), resulting in no benefit to the debtor and causing the debtor to incur a filing fee of $299.

Accordingly, attorney Pam Theodotou is ordered to appear at **10:00 a.m. on September 28, 2010, in Courtroom 1A of the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio,** and show cause why she should not be required to personally pay the debtor's filing fee of $299.

IT IS SO ORDERED.