**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 20, 2010**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15510 |
| | ) | |
| Earl Proctor, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

ORDER ON ATTORNEY PAM THEODOTOU TO APPEAR AND SHOW CAUSE

On June 7, 2010, attorney Pam Theodotou filed a petition for Chapter 7 relief on behalf of the debtor, Earl Proctor. Although Exhibit D of the petition indicates that the debtor received a credit counseling briefing before filing his case, that statement was untrue, at least according to the credit counseling certificate that the debtor filed on June 17, 2010. Thus, the case was dismissed for failure to comply with the requirements of 11 U.S.C. § 109(h), resulting in no benefit to the debtor and causing the debtor to incur a filing fee of $299.

Accordingly, attorney Pam Theodotou is ordered to appear at **10:00 a.m. on September 28, 2010, in Courtroom 1A of the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio,** and show cause why she should not be required to personally pay the debtor's filing fee of $299.

IT IS SO ORDERED.

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: nbrow            Page 1 of 1              Date Rcvd: Aug 20, 2010
Case: 10-15510                Form ID: pdf755        Total Noticed: 2

The following entities were noticed by first class mail on Aug 22, 2010.
db           +Earl Ray Proctor, Jr.,   1317 Riverside Drive,   Painesville, OH 44077-5162

The following entities were noticed by electronic transmission on Aug 20, 2010.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2010 00:11:52
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**             Signature:    *Joseph Speetjens*